In the Matter of the Petition of HELEN DUNNIGAN to Prove the Last Will and Testament of ANNIE CARNEY, Deceased. HELEN DUNNIGAN, Formerly Known as HELEN ROONEY, as Executrix, etc., of ANNIE CARNEY, Deceased, Appellant; OWEN CARNEY and Another, Respondents.— Order of the Surrogate's Court of Kings county setting aside the verdict and granting a new trial reversed on the

law and the facts, motion denied, and the verdict reinstated, with costs to appellant payable out of the estate. An inspection of the will, taken in conjunction with the testimony, satisfies us that the verdict of the jury was warranted and that it should not have been set aside. Lazansky, P. J., Kapper, Hagarty, Carswell and Tompkins, JJ., concur. [150 Misc. 590.]